UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>JUAN MANUEL OLIVERA (5),<br><br>                    Defendant. | No.  4:15-CR-6010-EFS-5<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE** |

     Before the Court, without oral argument, is Juan Manuel Olivera's Motion to Modify Conditions of Release, ECF No. 106. Defendant asks the Court to modify his conditions of pretrial release. Specifically, Defendant asks the Court to lift his curfew and allow him to travel throughout Washington. Defendant states that this will allow him to continue to work. According to Defendant, the United States Probation Office and the United States Attorney's Office do not oppose the request. The Court finds good cause to grant the motion.

     Accordingly, **IT IS HEREBY ORDERED**:

  1. Defendant's Motion to Modify Conditions of Release, **ECF No. 106**, is **GRANTED**.

  2. Defendant is no longer subject to a curfew as a condition of his pretrial release. Additionally, Defendant may travel throughout

ORDER - 1

1      Washington. Defendant may not, however, travel to any other
2      state without prior approval from his probation office.
3   3. All other conditions of pretrial release remain in full effect.
4      **IT IS SO ORDERED.**  The Clerk's Office is directed to enter this
5  Order and provide copies to all counsel and to the U.S. Probation
6  Office.
7      **DATED** this  25th  day of July 2016.

                              s/Edward F. Shea
                              EDWARD F. SHEA
                    Senior United States District Judge

Q:\EFS\Criminal\2015\6010.5.ord.mod.cond.lc2.docx

ORDER - 2